EDWARD H. COLE, Appellant, *v.* KNICKERBOCKER LIFE INSURANCE COMPANY et al., Respondents.

(Submitted June 19, 1882; decided January 16, 1883.)

REPORTED below, 23 Hun, 255.

*John L. Hill* for appellant.

*Henry W. Johnson* for respondents.

Appeal dismissed by consent.